■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAZIM BULLA, Appellant. [785 NYS2d 685]—

Judgment, Supreme Court, New York County (Lewis Bart Stone, J.), rendered July 18, 2003, convicting defendant, after a jury trial, of assault in the second degree, and sentencing him to a term of six years, unanimously affirmed.

In charging the jury on the defense of justification, the court properly declined to instruct the jury on the defensive use of

ordinary physical force, since even if the jury were to credit defendant's account of the incident, no reasonable view of the evidence would have supported a finding that defendant used anything but deadly physical force (see People v Mickens, 219 AD2d 543 [1995], lv denied 87 NY2d 904 [1995]). Concur— Buckley, P.J., Ellerin, Lerner, Marlow and Catterson, JJ.